I concur in the majority's holding that the release has no bearing on the matters at hand and that the defendants were not entitled to a judgment on the basis of the release. My only purpose in writing specially is to briefly detail my reason for concurring in the majority opinion.
Foreman sold the State the corner of her property and signed a release. This release specifically stated that she "release[s] the State of Alabama and all of its employees and officers from any and all damages to [her] remaining property . . . arising out of the location, construction, improvement, landscaping, maintenance or repair of any public road or highway that may be so located on the property herein conveyed." However, the acts Foreman complains of in this case occurred a block and a half away on property owned by other people or entities, not on any property owned or formerly owned by Foreman. These acts did not actually occur on the corner property conveyed by her to the State; therefore, the release signed by her to the State has no application to this claim.
I concur in the remainder of the opinion.
BUTTS, J., concurs.